UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| GEORGE ADAMS, | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | CIVIL ACTION H-12-3309 |
| | § | |
| THE EMPLOYMENT NETWORK, | § | |
| | § | |
| *Defendant*. | § | |

ORDER

Plaintiff's notice of withdrawal of complaint and voluntary dismissal of action without prejudice (Dkt. 6) is GRANTED.

Signed at Houston, Texas on April 9, 2013.

_____
Gray H. Miller
United States District Judge